# United States Bankruptcy Court
## Eastern District of Michigan

**IN RE:**                                                                              Case No. _____

**Depalma, Victoria Bernice & Depalma, John** _____     Chapter **7** _____
Debtor(s)

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

☑ **FLAT FEE**

A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee _____ **1,000.00**
B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ **500.00**
C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ **500.00**

☐ **RETAINER**

A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
B. The undersigned shall bill against the retainer at an hourly rate of $ _____ . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ _____ **6.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
E. Reaffirmations;
F. ~~Redemptions;~~
G. ~~Other:~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**2004 Exams; Post 341 Filings**

6. The source of payments to the undersigned was from:

A. ✔ Debtor(s)' earnings, wages, compensation for services performed
B. ____ Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Date: **December 18, 2012** _____              */s/ Samantha S. Smith* _____
                                                                              Attorney for the Debtor(s)

Agreed: */s/ Victoria Bernice Depalma* _____     */s/ John Depalma* _____
         Debtor                       **Victoria Bernice Depalma**     Debtor                       **John Depalma**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1167 filing fee, $46 administrative fee: Total fee $1213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of Michigan

**IN RE:**                                                      Case No. _____

**Depalma, Victoria Bernice & Depalma, John** _____   Chapter **7** _____
<div align="center">Debtor(s)</div>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer          petition preparer is not an individual, state
Address:                                                                 the Social Security number of the officer,
                                                                         principal, responsible person, or partner of
_____          the bankruptcy petition preparer.)
                                                                         (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Depalma, Victoria Bernice & Depalma, John** _____   **X** */s/ Victoria Bernice Depalma*          **12/18/2012**
Printed Name(s) of Debtor(s)                                      Signature of Debtor                                Date

Case No. (if known) _____          **X** */s/ John Depalma*          **12/18/2012**
                                                           Signature of Joint Debtor (if any)                    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Depalma, Victoria Bernice** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Depalma, John** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Victoria Bernice Gergash**<br>**fka Victoria Bernice Iacopelli** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **8767** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **0497** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**24451 Wilson Drive**<br>**Brownstown, MI**<br>ZIPCODE **48183** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**24451 Wilson Drive**<br>**Brownstown, MI**<br>ZIPCODE **48183** |
| County of Residence or of the Principal Place of Business:<br>**Wayne** | County of Residence or of the Principal Place of Business:<br>**Wayne** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☐ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>             Nonmain Proceeding |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>☐ Full Filing Fee attached<br><br>☑ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Depalma, Victoria Bernice & Depalma, John** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X /s/ Samantha S. Smith                                          12/18/12<br>  Signature of Attorney for Debtor(s)                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Depalma, Victoria Bernice & Depalma, John** |

## Signatures

### Signature(s) of Debtor (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Victoria Bernice Depalma**
  Signature of Debtor          **Victoria Bernice Depalma**

X **/s/ John Depalma**
  Signature of Joint Debtor          **John Depalma**

  **(734) 309-1005**
  Telephone Number (If not represented by attorney)

  **December 18, 2012**
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

  _____
  Printed Name of Foreign Representative

  _____
  Date

### Signature of Attorney*

X **/s/ Samantha S. Smith**
  Signature of Attorney for Debtor(s)

  **Samantha S. Smith P72370**
  **Samantha Smith and Stacey Selleck**
  **5885 N. Wayne**
  **Westland, MI  48185-0000**
  **(734) 729-4465  Fax: (734) 729-4498**
  **samantha@thesmithlawoffices.com**

  **December 18, 2012**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
  Signature

  _____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

  _____
  Printed Name of Authorized Individual

  _____
  Title of Authorized Individual

  _____
  Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Michigan**

IN RE:                                                              Case No. _____

Depalma, John _____     Chapter **7** _____
                              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ John Depalma** _____

Date: **December 18, 2012** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Eastern District of Michigan

**IN RE:**                                                    Case No. _____

**Depalma, Victoria Bernice & Depalma, John** _____    Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 190,000.00 | | |
| B - Personal Property | Yes | 3 | $ 54,996.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 160,519.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 174,730.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 4,157.34 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 4,145.00 |
| TOTAL | | 30 | $ 244,996.00 | $ 335,249.00 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of Michigan

**IN RE:**                                                          Case No. _____

**Depalma, Victoria Bernice & Depalma, John**                      Chapter **7** _____
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ **0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 4,157.34 |
| Average Expenses (from Schedule J, Line 18) | $ 4,145.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 6,058.32 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 174,730.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 174,730.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Depalma, Victoria Bernice & Depalma, John _____ Case No. _____
<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **24451 Wilson Drive, Brownstown, MI 48183** | | **J** | **190,000.00** | **160,519.00** |
| | | **TOTAL** | **190,000.00** | |

<div style="text-align:right">(Report also on Summary of Schedules)</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John** _____  Case No. _____
                                    Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Pnc Checking account ending in 9663 | W | 700.00 |
| | | PNC Saving Bank account ending in 0734 | W | 0.00 |
| | | US Bank account ending 2264 | W | 3.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | Household goods and furnishing | J | 8,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Collectibles Disney, Dickens houses and Barbies | J | 2,000.00 |
| 6.  Wearing apparel. | | Clothing | J | 500.00 |
| 7.  Furs and jewelry. | | Jewelry | J | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | hockey equipment | J | 300.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401 K | W | 3,500.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

**IN RE** **Depalma, Victoria Bernice & Depalma, John** _____ Case No. _____
<span>Debtor(s)</span> <span>(If known)</span>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

<span style="writing-mode: vertical-lr">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | | **Child Support Arrears** | W | 10,000.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2012 anticipated tax return** | J | 4,000.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Chevrolet Suburban 1500, VIN# 1GNFK263XR239041** | J | 20,993.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 Birds** | J | 4,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

IN RE **Depalma, Victoria Bernice & Depalma, John**  Case No. _____
_____  _____
Debtor(s)  (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **54,996.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Depalma, Victoria Bernice** _____ Case No. _____
_____ Debtor(s) _____  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **24451 Wilson Drive, Brownstown, MI 48183** | 11 USC § 522(d)(1) | 14,740.50 | 190,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Pnc Checking account ending in 9663** | 11 USC § 522(d)(5) | 350.00 | 700.00 |
| **US Bank account ending 2264** | 11 USC § 522(d)(5) | 1.50 | 3.00 |
| **Household goods and furnishing** | 11 USC § 522(d)(3) | 4,000.00 | 8,000.00 |
| **Collectibles Disney, Dickens houses and Barbies** | 11 USC § 522(d)(3) | 1,000.00 | 2,000.00 |
| **Clothing** | 11 USC § 522(d)(3) | 250.00 | 500.00 |
| **Jewelry** | 11 USC § 522(d)(4) | 500.00 | 1,000.00 |
| **hockey equipment** | 11 USC § 522(d)(3) | 150.00 | 300.00 |
| **401 K** | 11 USC § 522(d)(12) | 3,500.00 | 3,500.00 |
| **Child Support Arrears** | 11 USC § 522(d)(10)(D) | 10,000.00 | 10,000.00 |
| **2012 anticipated tax return** | 11 USC § 522(d)(5) | 2,000.00 | 4,000.00 |
| **2009 Chevrolet Suburban 1500, VIN# 1GNFK263XR239041** | 11 USC § 522(d)(2) 11 USC § 522(d)(5) 11 USC § 522(d)(5) | 3,450.00 1,000.00 6,046.50 | 20,993.00 |
| **2 Birds** | 11 USC § 522(d)(3) | 2,000.00 | 4,000.00 |

_* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, John** _____ Case No. _____
<br>_____ Debtor(s) _____ (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **24451 Wilson Drive, Brownstown, MI 48183** | 11 USC § 522(d)(1) | 14,740.50 | 190,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Pnc Checking account ending in 9663** | 11 USC § 522(d)(5) | 350.00 | 700.00 |
| **US Bank account ending 2264** | 11 USC § 522(d)(5) | 1.50 | 3.00 |
| **Household goods and furnishing** | 11 USC § 522(d)(3) | 4,000.00 | 8,000.00 |
| **Collectibles Disney, Dickens houses and Barbies** | 11 USC § 522(d)(3) | 1,000.00 | 2,000.00 |
| **Clothing** | 11 USC § 522(d)(3) | 250.00 | 500.00 |
| **Jewelry** | 11 USC § 522(d)(4) | 500.00 | 1,000.00 |
| **hockey equipment** | 11 USC § 522(d)(3) | 150.00 | 300.00 |
| **2012 anticipated tax return** | 11 USC § 522(d)(5) | 2,000.00 | 4,000.00 |
| **2009 Chevrolet Suburban 1500, VIN# 1GNFK263XR239041** | 11 USC § 522(d)(2)<br>11 USC § 522(d)(5)<br>11 USC § 522(d)(5) | 3,450.00<br>1,000.00<br>6,046.50 | 20,993.00 |
| **2 Birds** | 11 USC § 522(d)(3) | 2,000.00 | 4,000.00 |

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John** _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX** <br><br>**BAC Home Loans Serv**<br>**4161 Piedmont PKWY**<br>**Greensboro, NC 27410** | | W | **Home Loan**<br>**Opened 01/2007**<br><br>VALUE $ **190,000.00** | | | | 160,519.00 | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

| | Subtotal<br>(Total of this page) | $ **160,519.00** | $ |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ **160,519.00** | $ |

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John** _____ Case No. _____
<div align="center">Debtor(s)            (If known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John** _____ Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br><br>**AFNI<br>POB 3097<br>Bloomington, IL 61702** | | W | **Collections for AT&T<br>Opened 02/2012** | | | | **1,345.00** |
| ACCOUNT NO. **XXXX**<br><br>**Akhtar Husain<br>14720 King Road<br>Riverview, MI 48193** | | H | **Medical Bill<br>Opened 05/2011** | | | | **600.00** |
| ACCOUNT NO. **XXXX**<br><br>**American Medical Collection<br>2269 Saw Mill Rd<br>Elmsford, NY 10523** | | W | **Medical Bill<br>Opened 05/2007** | | | | **67.00** |
| ACCOUNT NO. **XXXX**<br><br>**American Profit Recovery<br>34405 W 12 Mile Rd Ste 3<br>Farmington Hills, MI 48331** | | H | **Medical bill<br>opened 08/2012** | | | | **266.00** |

**16** continuation sheets attached

Subtotal
(Total of this page) $ **2,278.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John** _____ Case No. _____
<div style="text-align:center">Debtor(s)                        (If known)</div>

<div style="text-align:center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br><br>**Andrew Dery**<br>**850 Stephenon Ste 303**<br>**Troy, MI 48083** | | W | **Collections for Asset Acceptance**<br>**Opened 11/2012** | | | | 1,983.00 |
| ACCOUNT NO. **XXXX**<br><br>**Anesthesia**<br>**POB 131575**<br>**Ann Arbor, MI 48113** | | H | **Medical Bill**<br>**Opened 02/2012** | | | | 50.00 |
| ACCOUNT NO. **XXXX**<br><br>**Anesthesia**<br>**POB 131575**<br>**Ann Arbor, MI 48113** | | H | **Medical Bill**<br>**Opened 11/2012** | | | | 48.00 |
| ACCOUNT NO. **3XXX**<br><br>**Anesthesia**<br>**POB 131575**<br>**Ann Arbor, MI 48113** | | H | **Medical Bill**<br>**Opened 02/2012** | | | | 49.00 |
| ACCOUNT NO. **XXXX**<br><br>**Apex Financial Management**<br>**1120 W Lake Cook Road Suite A**<br>**Buffalo, IL 60089** | | W | **Collections for GE Capital**<br>**Opened 07/2011** | | | | 807.00 |
| ACCOUNT NO. **XXXX**<br><br>**ARM**<br>**POB 129**<br>**Thorofare, NJ 08086** | | W | **Collections for Target**<br>**Opened 11/2011** | | | | 3,088.00 |
| ACCOUNT NO. **XXXX**<br><br>**Arrow financial services**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | | H | **Judgement for Arrow Financial Services LLC**<br>**Opened 03/2006** | | | | 1,648.00 |

Sheet no. \_\_\_**1**\_\_\_ of \_\_\_**16**\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal
(Total of this page) $ 7,673.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John** _____ Case No. _____
<div style="text-align:center">Debtor(s)          (If known)</div>

<div style="text-align:center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br>**Arrow Financial Services**<br>**5996 W Touhy Ave**<br>**Niles, IL  60714** | | H | Judement on 08/2011<br>original debt (reposession 2 jet skis) | | | | 12,347.00 |
| ACCOUNT NO. **XXXX**<br>**Arrow Financial Services**<br>**5996 W Touhy Ave**<br>**Niles, IL  60714** | | J | judgment 2003<br>original debt (reposession 4-wheeler) | | | | 11,803.00 |
| ACCOUNT NO. **XXXX**<br>**Asset Acceptance**<br>**PO Box 1630**<br>**Warren, MI  48090** | | W | Factoring Company Account<br>Opened 02/2012 | | | | 1,281.00 |
| ACCOUNT NO. **XXXX**<br>**Asset Acceptance**<br>**PO Box 1630**<br>**Warren, MI  48090** | | W | Collections Bank of American<br>Opened 09/2012 | | | | 1,936.00 |
| ACCOUNT NO. **XXXX**<br>**Bank Of America**<br>**POB 982235**<br>**El Paso, TX  79998-2235** | | W | Consumer Line of Credit<br>Opened 04/2000 | | | | 7,752.00 |
| ACCOUNT NO. **XXXX**<br>**Bank Of America**<br>**POB 15026**<br>**Wilmington, DE  19850** | | W | Consumer line of credit<br>Opened 09/2012 | | | | 1,936.00 |
| ACCOUNT NO. **XXXX**<br>**Cadillac Accnts Rec Mgmt**<br>**POB 358**<br>**Cadillac, MI  49601** | | H | Collections for Huron Opthalmology<br>opened 05/2012 | | | | 558.00 |

Sheet no. **2** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal    $ 37,613.00
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

</div>

<div style="transform:rotate(-90deg)">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

**IN RE** **Depalma, Victoria Bernice & Depalma, John** _____ Case No. _____
                                   Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br><br>**Capio Partners**<br>**2222 Texoma PKWY**<br>**Sherman, TX  75091** | | W | **Collections/Attorney for Medical Oakwood Hospital**<br>**Opened 07/2012** | | | | **54.00** |
| ACCOUNT NO. **XXXX**<br><br>**Capital Management Services, LP**<br>**726 Exchange St, Ste 700**<br>**Buffalo, NY  14210** | | W | **Collections for Bank of America**<br>**Opened 02/2012** | | | | **1,847.00** |
| ACCOUNT NO. **XXXX**<br><br>**Capital One**<br>**POB 5253**<br>**Carol Stream, IL  60197** | | W | **Consumer Line of Credit**<br>**Opened 11/2010** | | | | **211.00** |
| ACCOUNT NO. **XXXX**<br><br>**Carm**<br>**1015 Wilcox St POB 358**<br>**Cadillac, MI  49601** | | H | **Medical Bill**<br>**Opened 07/2012** | | | | **559.00** |
| ACCOUNT NO. **XXXX**<br><br>**CBCS**<br>**POB 2890**<br>**Columbus, OH  43216** | | W | **Medical Bill Collections for Oakwood Dearborn**<br>**Opened 09/2011** | | | | **55.00** |
| ACCOUNT NO. **XXXX**<br><br>**CBCS**<br>**POB 2890**<br>**Columbus, OH  43216** | | W | **Collections for AT&T**<br>**Opened 08/2011** | | | | **1,345.00** |
| ACCOUNT NO. **XXXX**<br><br>**CBCS**<br>**POB 2890**<br>**Columbus, OH  43216** | | H | **Collections for Southshore Medical Center**<br>**Opened 10/2010** | | | | **555.00** |

Sheet no. ___**3**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,626.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John** _____ Case No. _____
                            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br>**CBCS**<br>**POB 2890**<br>**Columbus, OH 43216** | | H | **Collections for Southshore Medical Opened 10/2012** | | | | **505.00** |
| ACCOUNT NO. **1XXX**<br>**CBCS**<br>**POB 2890**<br>**Columbus, OH 43216** | | H | **Collections for Oakwood Dearborn Opened 01/2012** | | | | **603.00** |
| ACCOUNT NO. **XXXX**<br>**CBCS**<br>**POB 2890**<br>**Columbus, OH 43216** | | H | **Collections for Oakwood Southshore Opened 09/2012** | | | | **50.00** |
| ACCOUNT NO. **XXXX**<br>**CBCS**<br>**POB 2890**<br>**Columbus, OH 43216** | | H | **Collections for Oakwood Dearborn Opened 04/2011** | | | | **98.00** |
| ACCOUNT NO. **XXXX**<br>**Chase Bank USA**<br>**POB 15298**<br>**Wilmington, DE 19850** | | W | **Consumer Line of Credit Opened 11/2000** | | | | **890.00** |
| ACCOUNT NO. **XXXX**<br>**Chase-Pier1**<br>**POB 15298**<br>**Wilmington, DE 19850** | | H | **Consumer line of credit opened 11/1998** | | | | **1,084.00** |
| ACCOUNT NO. **XXXX**<br>**Chase/Bank One Service**<br>**POB 15298**<br>**Wilmington, DE 19850** | | W | **Consumer line of credit opened 03/2006** | | | | **1,100.00** |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,330.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John**      Case No. _____

<div align="center">Debtor(s)         (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br>**Citi Platinum Select Card**<br>**POB 6500**<br>**Sioux Falls, SD 57117** | | W | **Consumer Line of Credit**<br>**Opened 2011** | | | | **520.00** |
| ACCOUNT NO. **XXXX**<br>**Citicards/CBNA**<br>**701 E 60th St N**<br>**Sioux Falls, SD 57104** | | W | **Consumer Line of Credit**<br>**Opened 10/1999** | | | | **532.00** |
| ACCOUNT NO. **XXXX**<br>**Client Financial Services Of Michigan**<br>**5406 Gateway Center Dr**<br>**Flint, MI 48507** | | W | **Collections for Citimaster**<br>**Opened 04/2011** | | | | **428.00** |
| ACCOUNT NO. **XXXX**<br>**Comenity Bank/NWYRK&CO**<br>**POB 182789**<br>**Columbus, OH 43218-0494** | | W | **Consumer Line of Credit**<br>**Opened 09/2002** | | | | **200.00** |
| ACCOUNT NO. **XXXX**<br>**Comenity Bank/Pier 1**<br>**POB 182789**<br>**Columbus, OH 43219** | | W | **Consumer Line of Credit**<br>**Opened 02/2012** | | | | **530.00** |
| ACCOUNT NO. **XXXX**<br>**Comenity Bank/Vctrssec**<br>**POB 182789**<br>**Columbus, OH 43218** | | W | **Consumer line of credit**<br>**opened 07/1993** | | | | **320.00** |
| ACCOUNT NO. **XXXX**<br>**Daniel P Murphy**<br>**1680 Kingsway Ct.**<br>**Trenton, MI 48183** | | H | **Medical Bill**<br>**Opened 10/2012** | | | | **673.00** |

<div style="text-align:left; font-size:small">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

Sheet no. **5** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,203.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Depalma, Victoria Bernice & Depalma, John**     Case No. _____

<div align="center">Debtor(s)                   (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br>Daniel P Murphy<br>1680 Kingsway Ct.<br>Trenton, MI 48183 | | H | Medical Bill<br>Opened 08/2012 | | | | 973.00 |
| ACCOUNT NO. **XXXX**<br>Discover Fincl Svc Llc<br>POB 15316<br>Wilmington, DE 19850-5316 | | W | Consumer Line of Credit<br>Opened 12/2000 | | | | 291.00 |
| ACCOUNT NO. **XXXX**<br>Diversified Receivables<br>259 Jackson PLZ<br>Ann Arbor, MI 48103 | | H | Collections for Healthlink Med Trans<br>Opened 03/2009 | | | | 50.00 |
| ACCOUNT NO. **XXXX**<br>Diversified Receivables<br>259 Jackson PLZ<br>Ann Arbor, MI 48103 | | H | Collections for Anestesia Associates of Ann A<br>Opened 08/2011 | | | | 238.00 |
| ACCOUNT NO. **XXXX**<br>DSNB/Macys<br>POB 8218<br>Mason, OH 45040 | | W | Consumer line of credit<br>opened 05/1997 | | | | 2,111.00 |
| ACCOUNT NO. **XXXX**<br>DTE<br>1 One Energy Plaza, Wcb 106<br>Detroit, MI 48226 | | J | Utilities<br>opened 09/1997 | | | | 690.00 |
| ACCOUNT NO. **XXXX**<br>Elizabeth Smith<br>POB 2123<br>Warren, MI 48090 | | W | Collections for Asset Acceptance<br>Opened 11/2012 | | | | 1,897.00 |

Sheet no. **6** of **16** continuation sheets attached to                 Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims      (Total of this page)   $   **6,250.00**

<div align="right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John**  Case No. _____
_____
Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br><br>Enhanced Recovery Co LLC<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | H | **Collections for Sprint**<br>**Opened 05/2011** | | | | 1,664.00 |
| ACCOUNT NO. **XXXX**<br><br>EOS CCA<br>700 Longwater Drive<br>Norwell, MA 02061 | | W | **Collections for ATT Mobility Utilities**<br>**Opened 08/2012** | | | | 1,139.00 |
| ACCOUNT NO. **XXXX**<br><br>EOS CCA<br>700 Longwater Drive<br>Norwell, MA 02061 | | W | **Collections for US Asset Original Creditor AT&T Mobility**<br>**Opened 09/2012** | | | | 1,140.00 |
| ACCOUNT NO. **XXXX**<br><br>First Premier<br>601 S Minnesota Ave<br>Sioux Falls, SD 57107 | | H | **Consumer Line of Credit**<br>**Opened 05/2009** | | | | 511.00 |
| ACCOUNT NO. **XXXX**<br><br>FMS Inc<br>POB 707601<br>Fort Mill, SC 29716 | | W | **Collections for Department Stores National Bank**<br>**Opened 08/2011** | | | | 2,112.00 |
| ACCOUNT NO. **XXXX**<br><br>Fulton Friedman & Gullace LLP<br>POB 2123<br>Warren, MI 48090 | | W | **Collections for Asset Acceptance**<br>**Opened 09/2012** | | | | 1,936.00 |
| ACCOUNT NO. **XXXX**<br><br>Gap/GEMB<br>POB 530942<br>Atlanta, GA 30353 | | W | **Consumer Line of Credit**<br>**Opened 05/2010** | | | | 760.00 |

Sheet no. **7** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,262.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John**  Case No. _____
    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br>**GE Money Bank**<br>**POB 36960**<br>**Canton, OH  44735** | | W | **Collections for Pnc Bank**<br>**Opened 01/2011** | | | | 43.00 |
| ACCOUNT NO. **XXXX**<br>**GE Money Bank**<br>**POB 36960**<br>**Canton, OH  44735** | | W | **Collections for Pnc Bank**<br>**Opened 09/2010** | | | | 117.00 |
| ACCOUNT NO. **XXXX**<br>**GE Money Bank**<br>**POB 36960**<br>**Canton, OH  44735** | | W | **Collections for Pnc Bank**<br>**Opened 10/2010** | | | | 34.00 |
| ACCOUNT NO. **XXXX**<br>**GE Money Bank**<br>**POB 36960**<br>**Canton, OH  44735** | | W | **Collections for Pnc Bank**<br>**Opened 11/2010** | | | | 36.00 |
| ACCOUNT NO. **XXXX**<br>**GE Money Bank**<br>**POB 36960**<br>**Canton, OH  44735** | | W | **Collections for Gap**<br>**Opened 05/2011** | | | | 760.00 |
| ACCOUNT NO. **XXXX**<br>**General Revenue**<br>**POB 495999**<br>**Cincinnati, OH  45249** | | W | **Collections for Eastern Michigan University**<br>**Opened 02/2012** | | | | 1,916.00 |
| ACCOUNT NO. **XXXX**<br>**Global Credit Collections**<br>**POB 101928**<br>**Birmingham, AL  35210** | | W | **Collections for Citi Bank**<br>**Opened 11/2011** | | | | 2,550.00 |

Sheet no. **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 5,456.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Depalma, Victoria Bernice & Depalma, John      Case No. _____

                   Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br><br>**Gregory Stephens**<br>**14600 King Rd Suite D**<br>**Riverview, MI 48193** | | H | **Medical bill**<br>**Opened 01/2012** | | | | 250.00 |
| ACCOUNT NO. **XXXX**<br><br>**Guardian**<br>**POB 2459**<br>**SPOKANE, WA 99210** | | J | **Insurance**<br>**Opened 06/2012** | | | | 150.00 |
| ACCOUNT NO. **XXXX**<br><br>**Henry Ford Health Systems**<br>**POB 1799**<br>**Colorado Springs, CO 80901-1799** | | W | **Medical bill**<br>**Opened 12/2011** | | | | 34.00 |
| ACCOUNT NO. **XXXX**<br><br>**Henry Ford Health Systems**<br>**POB 1799**<br>**Colorado Springs, CO 80901** | | H | **Medical bill**<br>**Opened 04/2011** | | | | 50.00 |
| ACCOUNT NO. **XXXX**<br><br>**Huron Ophthalmology**<br>**5477 Clark Rd**<br>**Ypsilanti, MI 48197** | | H | **Medical Bill**<br>**Opened 03/2012** | | | | 444.00 |
| ACCOUNT NO. **XXXX**<br><br>**Huron Ophthalmology**<br>**5477 Clark Rd**<br>**Ypsilanti, MI 48197** | | H | **Medical Bills**<br>**Opened 12/2011** | | | | 613.00 |
| ACCOUNT NO. **XXXX**<br><br>**L J Ross And Associates**<br>**4 Universal Way**<br>**Jackson, MI 49202** | | W | **Collections for Medical Henry Ford Wyandotte**<br>**opened 11/2011** | | | | 301.00 |

Sheet no. **9** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,842.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John**                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br>**L J Ross And Associates**<br>**4 Universal Way**<br>**Jackson, MI 49202** | | W | **Collections for Henry Ford Wyandotte Medical Bill opened 06/2012** | | | | **34.00** |
| ACCOUNT NO. **XXXX**<br>**L J Ross And Associates**<br>**4 Universal Way**<br>**Jackson, MI 49202** | | W | **Medical Bill Collections for Henry Ford Wyandotte Opened 09/2011** | | | | **175.00** |
| ACCOUNT NO. **XXXX**<br>**Law Office Of Charles J. Gerlach**<br>**7001 Orchard Lake Rd**<br>**West Bloomfield, MI 48183** | | W | **Judgement Moore v. Iacopelli** | | | | **11,314.00** |
| ACCOUNT NO. **XXXX**<br>**Law Office Of David Bader**<br>**POB 42730**<br>**Cincinnati, OH 45242** | | W | **Collections for Citibank Opened 09/2012** | | | | **1,980.00** |
| ACCOUNT NO. **XXXX**<br>**LAW Office Of George Gussess Co, L.P.A**<br>**33 S Huron St**<br>**Toledo, OH 43604** | | W | **Collections for Henry Ford Opened 02/2010** | | | | **54.00** |
| ACCOUNT NO. **XXXX**<br>**LJ Ross And Associates**<br>**POB 6099**<br>**Jackson, MI 49204** | | W | **Collections for Henry Ford Opened 06/2012** | | | | **54.00** |
| ACCOUNT NO. **XXXX**<br>**LJ Ross And Associates**<br>**6360 W Jackson Rd**<br>**Ann Arbor, MI 48103** | | H | **Collections for Henry Ford Medical Bill opened 12/2011** | | | | **50.00** |

Sheet no. __**10**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,661.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Depalma, Victoria Bernice & Depalma, John**　　　　Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br>**Macy's/Marshall Fields**<br>**POB 9475**<br>**Minneapolis, MN  55440** | | H | **Consumer Line of Credit**<br>**Opened 08/1997** | | | | **1,943.00** |
| ACCOUNT NO. **XXXX**<br>**Mary Jane Elliott P.C.**<br>**24300 Karim Blvd**<br>**Novi, MI  48375** | | W | **Collections for Midland Funing for Cit Bank**<br>**Opened 07/2012** | | | | **1,388.00** |
| ACCOUNT NO. **XXXX**<br>**MCM**<br>**Dept 12421, POB 603**<br>**Oaks, PA  19456** | | W | **Collections for Citibank**<br>**Opened 05/2012** | | | | **1,942.00** |
| ACCOUNT NO. **XXXX**<br>**MCM**<br>**Dept 12421, POB 603**<br>**Oaks, PA  19456** | | W | **Collections for Ge Money**<br>**Opened 07/2012** | | | | **808.00** |
| ACCOUNT NO. **XXXX**<br>**Mcrs**<br>**POB 1799**<br>**Colorado Springs, CO  80901** | | W | **Collections for Henry Ford**<br>**Medical Bill opened 03/2011** | | | | **175.00** |
| ACCOUNT NO. **XXXX**<br>**Mcrs**<br>**POB 1799**<br>**Colorado Sprins, CO  80901** | | H | **Collections for Henry Ford**<br>**Opened 04/2011** | | | | **50.00** |
| ACCOUNT NO. **XXXX**<br>**Medicredit, Inc**<br>**POB 1022**<br>**Wixom, MI  48393** | | H | **Collections for St. Joseph Mercy Hospital Ann Arbor**<br>**Opened 09/2012** | | | | **415.00** |

Sheet no. __**11**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,721.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John**     Case No. _____
<br>Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br><br>**Michigan Department Of Treasury**<br>POB 30199<br>Lansing, MI 48909 | | J | **Taxes owed**<br>As 12/08 | | | | 892.00 |
| ACCOUNT NO. **XXXX**<br><br>**Mid Michigan Collection**<br>POB 130<br>St Johns, MI 48879 | | W | **Collections for Cit Bank**<br>Opened 04/2012 | | | | 1,942.00 |
| ACCOUNT NO. **XXXX**<br><br>**Midland Credit Mgmt**<br>8875 Aero Dr, Ste 200<br>San Diego, CA 92123 | | W | **Collections for Cit Bank**<br>Opened 01/2012 | | | | 1,978.00 |
| ACCOUNT NO. **XXXX**<br><br>**Midland Credit Mgmt**<br>8875 Aero Dr, Ste 200<br>San Diego, CA 92123 | | W | **Collections for GE Money Bank**<br>Opened 05/2012 | | | | 852.00 |
| ACCOUNT NO. **XXXX**<br><br>**Midwestern Audit Service**<br>5555 Gull Rd Suite 105<br>Kalamazoo, MI 49048 | | H | **Collections for Woodhaven Fire Dept**<br>Opened 03/2011 | | | | 50.00 |
| ACCOUNT NO. **XXXX**<br><br>**NCO Financial**<br>POB 15270<br>Wilmington, DE 19850 | | W | **Collections for Bank of American**<br>Opened 2011 | | | | 1,847.00 |
| ACCOUNT NO. **XXXX**<br><br>**NCO Financial Systems**<br>POB 15270, Dept 55<br>Wilmington, DE 19850 | | J | **judgment** | | | | 8,985.00 |

Sheet no. **12** of **16** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)   $ **16,546.00**

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Depalma, Victoria Bernice & Depalma, John      Case No. _____

<div align="center">Debtor(s)                (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX** <br><br>Northland Group Inc<br>POB 390846<br>Minneapolis, MN  55439 | | W | Collections for Target National Bank<br>Opened 09/2012 | | | | 3,088.00 |
| ACCOUNT NO. **XXXX** <br><br>Northland Group Inc<br>POB 390846<br>Minneapolis, MN  55439 | | W | Collections for Citibank<br>Opened 10/2012 | | | | 520.00 |
| ACCOUNT NO. **XXXX** <br><br>Oakwood<br>POB 441575<br>Detroit, MI  48244-1575 | | H | Medical Bill<br>Opened 06/2012 | | | | 50.00 |
| ACCOUNT NO. **XXXX** <br><br>Oakwood<br>POB 441575<br>Detroit, MI  48244-1575 | | H | Medical Bill<br>Opened 08/2011 | | | | 50.00 |
| ACCOUNT NO. **XXXX** <br><br>Oakwood<br>POB 441575<br>Detroit, MI  48244-1575 | | H | Medical Bill<br>Opened 08/2011 | | | | 48.00 |
| ACCOUNT NO. **5XXX** <br><br>Oakwood<br>POB 441575<br>Detroit, MI  48244-1575 | | H | Medical Bill<br>Opened 09/2011 | | | | 506.00 |
| ACCOUNT NO. **XXXX** <br><br>Pinnacle Credit Services<br>PO Box 640<br>Hopkins, MN  55343 | | W | Collections for Verizon Wireless<br>Opened 03/2011 | | | | 377.00 |

Sheet no. **13** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **4,639.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John**    Case No. _____
_____
                   Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX**<br><br>**Portfolio Recovery**<br>**120 Corporate Blvd Ste 100**<br>**Norfolk, VA 23502** | | H | **Collections for Sears**<br>**Opened 11/2011** | | | | 877.00 |
| ACCOUNT NO. **XXXX**<br><br>**Portfolio Recovery**<br>**120 Corporate Blvd Ste 100**<br>**Norfolk, VA 23502** | | H | **Collections for Arrow Financial**<br>**Opened 02/2012** | | | | 940.00 |
| ACCOUNT NO. **XXXX**<br><br>**Primus Automotive Finance**<br>**P.O. Box 680020**<br>**Franklin, TN 37068** | | J | **judgment** | | | | 1,087.00 |
| ACCOUNT NO. **XXXX**<br><br>**Quest Diagnostics**<br>**POB 7306**<br>**Hollister, MO 65673** | | H | **Medical Bill**<br>**opened 05/2012** | | | | 59.00 |
| ACCOUNT NO. **XXXX**<br><br>**RDK Collection Services Inc**<br>**318 John R Rd #321**<br>**Troy, MI 48083** | | H | **Collections for Oakland County**<br>**Opened 12/2008** | | | | 13,440.00 |
| ACCOUNT NO. **XXXX**<br><br>**Saint Joseph Mercy**<br>**POB 382095**<br>**Pittsburgh, PA 15250** | | H | **Medical Bill**<br>**Opened 08/2012** | | | | 415.00 |
| ACCOUNT NO. **XXXX**<br><br>**Saint Joseph Mercy**<br>**POB 382095**<br>**Pittsburgh, PA 15250** | | H | **Medical Bill**<br>**Opened 02/2012** | | | | 6,024.00 |

Sheet no. **14** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 22,842.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John**     Case No. _____
           Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX** <br><br> Shermeta, Adams & Von Allmen Pc <br> POB 5016 <br> Rochester, MI 48308 | | H | Collections for Arrow Financial <br> Opened 12/2011 | | | | 12,667.00 |
| ACCOUNT NO. **XXXX** <br><br> State Of Michigan <br> Benefit Overpayment Collection Unit <br> POB 9045 <br> Detroit, MI 48202-9045 | | H | Department of Corrections <br> Opened 09/2011 | | | | 3,120.00 |
| ACCOUNT NO. **XXXX** <br><br> Target National Bank <br> C/O Target Credit Services <br> POB 673 <br> Minneapolis, MN 55440 | | W | Consumer line of Credit <br> Opened 05/1997 | | | | 3,088.00 |
| ACCOUNT NO. **XXXX** <br><br> TNB-Visa <br> POB 673 <br> Minneapolis, MN 55440 | | W | Consumer line of credit <br> Opened 05/1997 | | | | 3,088.00 |
| ACCOUNT NO. **XXXX** <br><br> Unifund <br> POB 505 <br> Linden, MI 48451 | | W | Collection for Citibank | | | | 2,941.00 |
| ACCOUNT NO. **XXXX** <br><br> United Collections Bureau Inc <br> Po Box 140190 <br> Toledo, OH 43614 | | W | Collections for Henry ford Wyandotte <br> Opened 02/2012 | | | | 53.00 |
| ACCOUNT NO. **XXXX** <br><br> United Collections Bureau Inc <br> Po Box 140190 <br> Toledo, OH 43614 | | W | Collections for Citi Master Card <br> Opened 05/2012 | | | | 472.00 |

Sheet no. **15** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal
                    (Total of this page) $ 25,429.00

                                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John**     Case No. _____
<p style="text-align:center">Debtor(s)            (If known)</p>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX** <br> **United Collections Bureau Inc** <br> **Po Box 140190** <br> **Toledo, OH 43614** | | W | **Collections for Citi Master** <br> **Opened 04/2012** | | | | **460.00** |
| ACCOUNT NO. **XXXX** <br> **Vision Financial Corp** <br> **POB 460260** <br> **St Louis, MO 63146** | | W | **Collections for Verizon Wireless** <br> **Opened 02/2012** | | | | **378.00** |
| ACCOUNT NO. **XXXX** <br> **Weltman, Weinberg & Reis Co., LPA** <br> **175 South 3rd St. Suite 900** <br> **Columbus, OH 43215-5166** | | W | **Collections for Ge Money** <br> **Opened 09/2012** | | | | **808.00** |
| ACCOUNT NO. **XXXX** <br> **Woodhaven Fire Dept** <br> **POB 2122** <br> **Riverview, MI 48193** | | H | **Medical Bill** <br> **Opened 11/2010** | | | | **713.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __16__ of __16__ continuation sheets attached to <br> Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page) $ **2,359.00**

Total <br> (Use only on last page of the completed Schedule F. Report also on <br> the Summary of Schedules, and if applicable, on the Statistical <br> Summary of Certain Liabilities and Related Data.) $ **174,730.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Depalma, Victoria Bernice & Depalma, John**        Case No. _____
<span style="margin-left:200px">Debtor(s)</span>                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Depalma, Victoria Bernice & Depalma, John** _____ Case No. _____
                                                        Debtor(s)                                    (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Depalma, Victoria Bernice & Depalma, John _____ Case No. _____
                                                                      Debtor(s)                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Son** | AGE(S):<br>**21**<br>**18**<br>**14** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Internet MGR** | |
| Name of Employer | **Taylor Chevrolet** | **RJACS LLC** |
| How long employed | **3 years** | **1 months** |
| Address of Employer | **13801 Telegraph Rd**<br>**Taylor, MI 48183** | **2530 Medford St**<br>**Trenton, MI 48183** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)         DEBTOR         SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 4,858.32 | $ 1,200.00 |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | 4,858.32 | $ 1,200.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll taxes and Social Security | $ | 943.54 | $ |
|   b. Insurance | $ | 907.88 | $ |
|   c. Union dues | $ | | $ |
|   d. Other (specify)   **See Schedule Attached** | $ | 249.56 | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 2,100.98 | $ 0.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 2,757.34 | $ 1,200.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 200.00 | $ |
| 11. Social Security or other government assistance | | | |
|   (Specify) _____ | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income | | | |
|   (Specify) _____ | $ | | $ |
| | $ | | $ |
| | $ | | $ |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | 200.00 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 2,957.34 | $ 1,200.00 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)         $ _____ 4,157.34

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**\*Please note- Debtor is paid via business check. He is employed at an ice arena. The amount listed represents average monthly net take home. Debtor believes taxes may be taken out by the employer. Checks do not reflect tax amounts.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **401K Plan** | **97.76** | |
| **AFLAC Accident** | **94.51** | |
| **Xmas Fund** | **57.29** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Depalma, Victoria Bernice & Depalma, John**      Case No. _____
<br>_____
<br>             Debtor(s)                                            (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,100.00 |
|      a. Are real estate taxes included?    Yes ____ No ✓ | | |
|      b. Is property insurance included?    Yes ____ No ✓ | | |
| 2. Utilities: | | |
|      a. Electricity and heating fuel | $ | 250.00 |
|      b. Water and sewer | $ | 150.00 |
|      c. Telephone | $ | 250.00 |
|      d. Other **Cell Phones** | $ | 200.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 700.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | $ | 75.00 |
|      b. Life | $ | |
|      c. Health | $ | |
|      d. Auto | $ | 330.00 |
|      e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | $ | |
|      b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other **Personal Care Products Family Of 5** | $ | 50.00 |
|            **Pet Food** | $ | 50.00 |
|            **Hockey/ Sports Equipment/ Travel For Kids** | $ | 100.00 |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ **4,145.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|      a. Average monthly income from Line 15 of Schedule I | $ | 4,157.34 |
|      b. Average monthly expenses from Line 18 above | $ | 4,145.00 |
|      c. Monthly net income (a. minus b.) | $ | 12.34 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Depalma, Victoria Bernice & Depalma, John        Case No. _____
<div style="text-align:center">Debtor(s)           (If known)</div>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **32** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 18, 2012** _____ Signature: */s/ Victoria Bernice Depalma* _____
<div style="text-align:right">Victoria Bernice Depalma          Debtor</div>

Date: **December 18, 2012** _____ Signature: */s/ John Depalma* _____
<div>John Depalma          (Joint Debtor, if any)</div>
<div style="text-align:right">[If joint case, both spouses must sign.]</div>

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

_____
<div style="text-align:right">(Print or type name of individual signing on behalf of debtor)</div>

<div style="text-align:center">*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*</div>

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Eastern District of Michigan

IN RE:                                                                Case No. _____

**Depalma, Victoria Bernice & Depalma, John**                          Chapter **7** _____

_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

## 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
**48,415.00   2011 Form 1040 U.S. Individual Income Tax Return Gross**
**48,530.00   2010 Form 1040 U.S. Individual Income Tax Return Gross**

## 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Midland Funding v Victoria Depalma 12 B 3302** | **Garnishment** | **33rd District Court 19000 Van Horn Woodhave, MI 48183** | **Pending** |
| **Arrow Financial Services, LLC v Depalma John & Victoria, Case nr 11B-364** | **Collections** | **33rd District Court, 19000 Vanhorn rd, Woodhaven, MI 48183** | **For Plaintiff** |
| **Asset Acceptance v Victoria Depalma, Case nr 12B-3090-GL** | **Collections** | **33rd Judicial District, 19000 Van Horn, Woodhaven, MI 48183** | **Dismissed** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **St. Pats Church 135 Superior Wyandotte, MI  48192** | | **2012** | **Approx $520** |

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

☐ None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Www.ConsumerBankruptcyCounseling.Info**<br>**PO Box 980585**<br>**Ypsilanti, MI 48198** | | **10.00** |
| **The Smith Law Offices**<br>**5885 N Wayne Rd**<br>**Westland, MI 48185** | | **500.00** |

**10. Other transfers**

☑ None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑ None   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

☑ None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

☑ None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

☑ None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

☑ None   List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

☑ None   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

☑ None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

## 18. Nature, location and name of business

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **December 18, 2012**   Signature **/s/ Victoria Bernice Depalma**
of Debtor                                                        **Victoria Bernice Depalma**

Date: **December 18, 2012**   Signature **/s/ John Depalma**
of Joint Debtor                                                **John Depalma**
(if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Eastern District of Michigan

**IN RE:**                                                          Case No. _____

**Depalma, Victoria Bernice & Depalma, John** _____    Chapter **7** _____
<div align="center">Debtor(s)</div>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**BAC Home Loans Serv** | **Describe Property Securing Debt:**<br>**24451 Wilson Drive, Brownstown, MI 48183** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:     **December 18, 2012** _____    */s/ Victoria Bernice Depalma* _____
<br>                                             Signature of Debtor

                                               */s/ John Depalma* _____
<br>                                             Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Eastern District of Michigan

IN RE:                                                    Case No. _____

**Depalma, Victoria Bernice & Depalma, John**            Chapter **7** _____
<div align="center">Debtor(s)</div>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **December 18, 2012** _____     Signature: **_/s/ Victoria Bernice Depalma_** _____
                                                        **Victoria Bernice Depalma**                          Debtor


Date: **December 18, 2012** _____     Signature: **_/s/ John Depalma_** _____
                                                        **John Depalma**                          Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

AFNI
POB 3097
Bloomington, IL   61702


Akhtar Husain
14720 King Road
Riverview, MI   48193


American Medical Collection
2269 Saw Mill Rd
Elmsford, NY   10523


American Profit Recovery
34405 W 12 Mile Rd Ste 3
Farmington Hills, MI   48331


Andrew Dery
850 Stephenon Ste 303
Troy, MI   48083


Anesthesia
POB 131575
Ann Arbor, MI   48113


Apex Financial Management
1120 W Lake Cook Road Suite A
Buffalo, IL   60089


ARM
POB 129
Thorofare, NJ   08086


Arrow financial services
5996 W Touhy Ave
Niles, IL   60714

Arrow Financial Services
5996 W Touhy Ave
Niles, IL  60714


Asset Acceptance
PO Box 1630
Warren, MI  48090


BAC Home Loans Serv
4161 Piedmont PKWY
Greensboro, NC  27410


Bank Of America
POB 982235
El Paso, TX  79998-2235


Bank Of America
POB 15026
Wilmington, DE  19850


Cadillac Accnts Rec Mgmt
POB 358
Cadillac, MI  49601


Capio Partners
2222 Texoma PKWY
Sherman, TX  75091


Capital Management Services, LP
726 Exchange St, Ste 700
Buffalo, NY  14210


Capital One
POB 5253
Carol Stream, IL  60197

Carm
1015 Wilcox St POB 358
Cadillac, MI  49601


CBCS
POB 2890
Columbus, OH  43216


Chase Bank USA
POB 15298
Wilmington, DE  19850


Chase-Pier1
POB 15298
Wilmington, DE  19850


Chase/Bank One Service
POB 15298
Wilmington, DE  19850


Citi Platinum Select Card
POB 6500
Sioux Falls, SD  57117


Citicards/CBNA
701 E 60th St N
Sioux Falls, SD  57104


Client Financial Services Of Michigan
5406 Gateway Center Dr
Flint, MI  48507


Comenity Bank/NWYRK&CO
POB 182789
Columbus, OH  43218-0494

Comenity Bank/Pier 1
POB 182789
Columbus, OH  43219


Comenity Bank/Vctrssec
POB 182789
Columbus, OH  43218


Daniel P Murphy
1680 Kingsway Ct.
Trenton, MI  48183


Discover Fincl Svc Llc
POB 15316
Wilmington, DE  19850-5316


Diversified Receivables
259 Jackson PLZ
Ann Arbor, MI  48103


DSNB/Macys
POB 8218
Mason, OH  45040


DTE
1 One Energy Plaza, Wcb 106
Detroit, MI  48226


Elizabeth Smith
POB 2123
Warren, MI  48090


Enhanced Recovery Co LLC
8014 Bayberry Rd
Jacksonville, FL  32256

EOS CCA
700 Longwater Drive
Norwell, MA  02061


First Premier
601 S Minnesota Ave
Sioux Falls, SD  57107


FMS Inc
POB 707601
Fort Mill, SC  29716


Fulton Friedman & Gullace LLP
POB 2123
Warren, MI  48090


Gap/GEMB
POB 530942
Atlanta, GA  30353


GE Money Bank
POB 36960
Canton, OH  44735


General Revenue
POB 495999
Cincinnati, OH  45249


Global Credit Collections
POB 101928
Birmingham, AL  35210


Gregory Stephens
14600 King Rd Suite D
Riverview, MI  48193

Guardian
POB 2459
SPOKANE, WA  99210


Henry Ford Health Systems
POB 1799
Colorado Springs, CO  80901-1799


Henry Ford Health Systems
POB 1799
Colorado Springs, CO  80901


Huron Ophthalmology
5477 Clark Rd
Ypsilanti, MI  48197


L J Ross And Associates
4 Universal Way
Jackson, MI  49202


Law Office Of Charles J. Gerlach
7001 Orchard Lake Rd
West Bloomfield, MI  48183


Law Office Of David Bader
POB 42730
Cincinnati, OH  45242


LAW Office Of George Gussess Co, L.P.A
33 S Huron St
Toledo, OH  43604


LJ Ross And Associates
POB 6099
Jackson, MI  49204

LJ Ross And Associates
6360 W Jackson Rd
Ann Arbor, MI  48103


Macy's/Marshall Fields
POB 9475
Minneapolis, MN  55440


Mary Jane Elliott P.C.
24300 Karim Blvd
Novi, MI  48375


MCM
Dept 12421, POB 603
Oaks, PA  19456


Mcrs
POB 1799
Colorado Springs, CO  80901


Mcrs
POB 1799
Colorado Sprins, CO  80901


Medicredit, Inc
POB 1022
Wixom, MI  48393


Michigan Department Of Treasury
POB 30199
Lansing, MI  48909


Mid Michigan Collection
POB 130
St Johns, MI  48879

Midland Credit Mgmt
8875 Aero Dr, Ste 200
San Diego, CA  92123


Midwestern Audit Service
5555 Gull Rd Suite 105
Kalamazoo, MI  49048


NCO Financial
POB 15270
Wilmington, DE  19850


NCO Financial Systems
POB 15270, Dept 55
Wilmington, DE  19850


Northland Group Inc
POB 390846
Minneapolis, MN  55439


Oakwood
POB 441575
Detroit, MI  48244-1575


Pinnacle Credit Services
PO Box 640
Hopkins, MN  55343


Portfolio Recovery
120 Corporate Blvd Ste 100
Norfolk, VA  23502


Primus Automotive Finance
P.O. Box 680020
Franklin, TN  37068

Quest Diagnostics
POB 7306
Hollister, MO  65673


RDK Collection Services Inc
318 John R Rd #321
Troy, MI  48083


Saint Joseph Mercy
POB 382095
Pittsburgh, PA  15250


Shermeta, Adams & Von Allmen Pc
POB 5016
Rochester, MI  48308


State Of Michigan
Benefit Overpayment Collection Unit
POB 9045
Detroit, MI  48202-9045


Target National Bank
C/O Target Credit Services
POB 673
Minneapolis, MN  55440


TNB-Visa
POB 673
Minneapolis, MN  55440


Unifund
POB 505
Linden, MI  48451

United Collections Bureau Inc
Po Box 140190
Toledo, OH  43614


Vision Financial Corp
POB 460260
St Louis, MO  63146


Weltman, Weinberg & Reis Co., LPA
175 South 3rd St. Suite 900
Columbus, OH  43215-5166


Woodhaven Fire Dept
POB 2122
Riverview, MI  48193